AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:21-mj-382 |
| JOSEPH RILEY | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __APRIL 27, 2021__ in the county of __HAMILTON__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute over 500 grams of a mixture containing methamphetamine, a Schedule II Controlled Substance |
| 18 U.S.C. § 924(c)(1) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SPECIAL AGENT JEFFREY S. McKINLEY
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Apr 28, 2021**

Karen L. Litkovitz
United States Magistrate Judge

City and state: __CINCINNATI, OHIO__

## Attachment

Your affiant, being duly sworn, hereby does depose and say:

1.  I am a Special Agent (SA) of the Drug Enforcement Administration and have been so employed since August 2010. I am currently assigned to the DEA Cincinnati Resident Office, specifically assigned to investigate federal drug offenses. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), who is empowered to conduct investigations of, and make arrests for, narcotic offenses enumerated in 18 U.S.C. § 2516. I have successfully completed the DEA Basic Agent Training Academy at the DEA Academy in Quantico, Virginia. This training included instruction in the investigation of federal drug crimes including, but not limited to 21 U.S.C. §§ 841, 846, 959, and 18 U.S.C. §§ 2, 1956, and 1957. I have discussed with numerous law enforcement officers, defendants, and informants, the methods and practices used by narcotic distributors. I have acted in an undercover capacity and have been the affiant on numerous federal and state search warrants, complaints, and have testified in court in the area of narcotics on numerous occasions.

2. The Attorney General of the United States has empowered me with Title 21 authority, which authorizes me to seize property, conduct search warrants, and make arrests of persons for violations of the Controlled Substances Act. This affidavit is made in support of a complaint against Joseph RILEY for Possession with Intent to Distribute a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1). Since this affidavit is being submitted for the limited purpose of establishing probable cause authorizing the arrest of Joseph RILEY, I have not included each and every fact and circumstance which I am aware. I have set forth only those facts which I believe are necessary to establish such probable cause.

3. Facts set forth in this complaint are based on personal knowledge derived from my participation in this investigation and upon information presented to me by other law enforcement officers involved in this case to include fellow agents/Task Force Officers of the DEA and the Northern Kentucky Drug Strike Force. The sources of my information and beliefs include:

    a. Oral reports about this investigation and personal participation in the case from and with the Northern Kentucky Drug Strike Force.

    b. Physical surveillance conducted by Special Agents/Task Force Officers of the DEA and the Northern Kentucky Drug Strike Force which have been reported to me either directly or indirectly.

    c. Direct and indirect information obtained from an individual involved in a drug trafficking investigation on April 26, 2021.

4. On April 26, 2021, Agents with the Northern Kentucky Drug Strike Force seized approximately four pounds of suspected crystal methamphetamine during an investigation in Covington, Kentucky. One of the individuals from whom the suspected methamphetamine was seized agreed to cooperate against the reported source of supply in Cincinnati. Through information given by the individual, Agents believed the source of supply to be Joseph RILEY. Agents showed the cooperating individual a picture of RILEY, and the individual immediately identified RILEY as the source of supply. The individual stated RILEY most often preferred to meet in a hotel room to provide the individual large amounts of methamphetamine, and added he often liked to meet at Hilton Garden Inn off Dana Avenue in Cincinnati. Additionally, the individual stated RILEY often carried an FN brand pistol in his waistband, and remembered the brand because the firearm took unusual ammunition.

5. On April 27, 2021, the cooperating individual placed a call to a person believed to

be RILEY, and arranged to obtain "five' from RILEY. The individual informed Agents "five" was five pounds of methamphetamine. A subsequent phone communication between RILEY and the individual was made during which RILEY requested the individual obtain a room "off Dana". Agents believed the location referenced was the Hilton Garden Inn.

6. On April 27, 2021, DEA TFOs Tony Jansen and Kyle Wojcik observed a white vehicle in front of a residence believed to be associated with RILEY at 2009 Hewitt Avenue in Cincinnati. The vehicle was bearing Ohio license plate ELP 2308, which returned to a rental company. TFOs subsequently lost the vehicle after a brief mobile surveillance.

7. On the same day, the cooperating individual and the person believed to be RILEY spoke again, and the individual provided RILEY a room number at the Hilton Garden Inn. RILEY subsequently stated he was "up here". At approximately the same time, Agents observed the white vehicle outlined in paragraph 6 above pull into the parking garage of the Hilton Garden Inn. SA Cameron Rice of the Cincinnati DEA District Office observed RILEY exit the driver's side and look intently toward the van in which SA Rice and others TFOs were sitting. SA Rice and the TFOs, who were all dressed in clearly visible law enforcement attire, exited their vehicle and identified themselves. RILEY immediately fled on foot toward the exit of the parking garage and up a nearby hill. RILEY was taken into custody without incident near the top of the hill, and an FN brand 5.7 caliber handgun was located in his sweat pants near his ankle. The gun was bearing serial number 386350396, and had one round in the chamber with approximately 15 rounds in the magazine.

8. Agents approached the vehicle from which RILEY ran, and smelled the strong odor of fresh marijuana emanating from the vehicle. Agents searched the vehicle and located five vacuum-sealed bags of crystalline substance believed to be crystal methamphetamine in a child's

car seat in the rear seat of the vehicle. Agents later weighed the suspected methamphetamine, and found it to weigh approximately 2,532 total gross grams. Your affiant field tested a sample from one of the vacuum-sealed bags and received a positive indication for methamphetamine.

9. Based on the facts and circumstances listed above, and on my experience and training, I have reason to believe, and do believe on April 27, 2021, in the Southern District of Ohio, Joseph RILEY possessed with intent to distribute over 500 grams of a mixture containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1). Further, your affiant sayeth naught.

Jeffrey S. McKinley
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before
me this __28__ th day of April 2021

Karen L. Litkovitz
United States Magistrate Judge