UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:21-mj-382 |
| | : | |
| | : | Honorable Karen L. Litkovitz |
| v. | : | |
| | : | |
| | : | **MOTION AND ORDER TO** |
| JOSEPH RILEY | : | **SEAL COMPLAINT** |

The United States respectfully requests that the Court seal the Complaint, Arrest Warrant, and any other pleadings in the above-numbered case, and not disclose their existence until the defendant is arrested and makes an initial appearance. Should the charges be disclosed prior to the defendant's apprehension he would have time to possibly destroy evidence or flee the jurisdiction.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/Timothy D. Oakley*

TIMOTHY D. OAKLEY
Assistant United States Attorney
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202

IT IS **ORDERED** that the Complaint and any other pleadings in the above-numbered case shall now be sealed.

**Apr 28, 2021**
DATE

Karen L. Litkovitz
United States Magistrate Judge